IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Complaint No. 06- 37m-3-MPT |
| JOSE LUIS BECERRA-YEPEZ, | : | |
| Defendant. | : | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, JOSE LUIS BECERRA-YEPEZ, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    _X_ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

FILED

MAR 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States **will** invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Date: March 27, 2006      BY: /s/ Adam
Adam Safwat
Assistant United States Attorney