AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| JOSE LUIS BECERRA-YEPEZ | CASE NUMBER: 06- 37M-3-MPT |
| | CR06-31-3-JJF |

**To: The United States Marshal
and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest JOSE LUIS BECERRA-YEPEZ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly conspiring to distribute five kilograms or more of cocaine, a controlled substance,

in violation of Title __21__ United States Code, Section (s) _846 and 841(a)(1) and (b)(1)(A)._

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | March 27, 2006   Wilmington, DE |
| | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Jose Luis Becerra-Yepez |

| DATE RECEIVED 3/27/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/27/06 | Toby M. Conrad DUSM | [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

FILED
APR 0 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE