IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CRIMINAL ACTION

UNITED STATES OF AMERICA      :      NO. 06-31-03JJF

v.                            :

JOSE LUIS BECERRA-YEPEZ       :

## ORDER

**AND NOW**, this 18 day of April, 2006, upon the Motion of Defendant, JOSE LUIS BECERRA-YEPEZ, through his counsel, CHRISTOPHER G. FURLONG, ESQUIRE, For Leave to Hire an Interpreter, is hereby **ORDERED** and **DECREED** that defense counsel may retain the services of Raymond J. McConnie Zapater. Further, Mr. McConnie Zapater may be paid at the rate of $65.00 and hour up to the sum of $1,000.00.

If the use of the interpreter exceeds that amount, defense counsel must apply to the Court for additional funds to pay the interpreter.

BY THE COURT:

_____
JOSEPH J. FARNAN, JR.