IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :
:
v. : No. 06-31-03JJF
:
JOSE LUIS BECERRA-YEPEZ :
:
Defendant. :



## SUBSTITUTION OF COUNSEL

.IT IS HEREBY stipulated and agreed that Christopher G. Furlong, Esquire withdraws his appearance as attorney for Defendant Jose Luis Becerra-Yepez, and Joseph W. Benson, Esquire hereby substitutes his appearance as attorney for Defendant Jose Luis Becerra-Yepez

CHRISTOPHER G. FURLONG             JOSEPH W. BENSON, P.A.

Christopher G. Furlong              Joseph W. Benson, Bar No. 0196
22 East Third Street                1701 North Market Street
Media, PA 19063                     P.O. Box 248
(484) 621-0050                      Wilmington, DE 19899
                                    (302) 656-8811

Dated:                              Dated: 7/24/06

FILED
JUL 2 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE