IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-31-03-JJF |
| JOSE LUIS BECERRA-YEPEZ, ) | |
| Defendant. ) | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count One

During the period from on or about March 1, 2006, through and including March 24, 2006, in the District of Delaware, and elsewhere, Jose Luis Becerra-Yepez, defendant herein, did knowingly conspire with Salvador Martinez-Torres and Francisco Barrera-Lopez, to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-20-06



FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE