IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-31-3 JJF |
| JOSE LUIS BECERRA-YEPEZ, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, due to a scheduling conflict, the Sentencing set for March 13, 2007 will be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that Sentencing of the Defendant will be held on **Thursday, March 29, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

February 16, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
FEB 20 2007