*Filed in Open Court this 29th day of March, 2007.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-31-03-JJF |
| JOSE LUIS BECERRA-YEPEZ, ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment as it relates to the defendant pursuant to the Memorandum of Plea Agreement dated November 20, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-29-07

IT IS SO ORDERED this 29 day of March, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED
MAR 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE